IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL KLIMEK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-09-345-D |
| ) | |
| PAUL A. KASTNER, Warden, ) | |
| ) | |
| Respondent. ) | |

## **REPORT AND RECOMMENDATION**

Mr. Michael Klimek has filed a petition for habeas relief. Rather than pay the filing fee, Mr. Klimek moved for leave to proceed *in forma pauperis*. The motion indicates that Mr. Klimek has $212.21, and the filing fee is only $5.00.[1] Because Mr. Klimek has adequate funds for the filing fee, the undersigned recommends that the Court: (1) deny the motion for leave to proceed *in forma pauperis*, (2) order payment of the filing fee within twenty days,[2] and (3) dismiss the action without prejudice if Mr. Klimek fails to timely pay the filing fee or show good cause for the failure to do so. *See* W.D. LCvR 3.3(e).

The Petitioner is advised of his right to object to this report and recommendation by April 20, 2009. *See* W.D. Okla. Local Civil Rule 72.1. If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he

---

[1]   *See* 28 U.S.C. § 1914(a) (2000).

[2]   *See* W.D. Okla. LCvR 3.3(e).

would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation terminates the referral.

Entered this 31st day of March, 2009.

_____
Robert E. Bacharach
United States Magistrate Judge